UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**JERRY BAILEY,**
**For himself and on behalf of all**
**similarly situated individuals.**

       **Plaintiffs,**

v.                        **CIVIL ACTION NO.: 4:10cv91**

**NORTHROP GRUMMAN SYSTEMS CORPORATION,**

       **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jerry Bailey, by counsel, hereby files his notice of dismissal without prejudice without order of Court pursuant to F.R.C.P. 41(a)(1)(i), Defendant having filed no answer or motion for summary judgment in this matter.

       **JERRY BAILEY**,

       By: _____/s/ Christopher Colt North_____
             Of Counsel

Christopher Colt North
VSB #16955
Attorney for Plaintiff
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax:   (757) 873-8375
Email: cnorthlaw@aol.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 26th day of October, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

                                                  /s/ Christopher Colt North

Christopher Colt North

VSB #16955

Attorney for Plaintiff

The Consumer & Employee Rights Law Firm, P.C.

751-A Thimble Shoals Boulevard

Newport News, Virginia 23606

Phone: (757) 873-1010

Fax:   (757) 873-8375

Email: cnorthlaw@aol.com